# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **PRESTON WEATHERSPOON, JR.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 19-12888 – WBV-KWR** |
| **LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS, ET AL.** | **SECTION "D"(4)** |

## ORDER

The Court, having considered the record, the applicable law, the Report and Recommendation of the Chief United States Magistrate Judge, and the failure of the Plaintiff to file an objection to the Chief Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the Chief United States Magistrate Judge and adopts it as its opinion in this matter.

Accordingly,

**IT IS HEREBY ORDERED** that the 42 U.S.C. § 1983 civil action filed by the Plaintiff, Preston Weatherspoon, Jr., is **TRANSFERRED** to the United States District Court for the Western District of Louisiana for further proceedings.

New Orleans, Louisiana, December 12, 2019.

**WENDY B. VITTER**
**UNITED STATES DISTRICT JUDGE**